**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tricia C. Berthold                                CHAPTER 13
       Scott R. Geckle
           Debtor(s)                                    BKY. NO. 23-22290 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nations Lending Corporation and index same on the master mailing list.

    Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
01 Nov 2023, 19:21:39, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226)   ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com