**PAWB FORM 30 (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Scott R. Geckle | ) | Case No. 23-22290 GLT |
| Tricia C. Berthold, | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Docket No. |
| | ) | |
| Scott R. Geckle | ) | |
| Tricia C. Berthold, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Dormont Borough
c/o Jordan Tax Service Inc.
102 Rahway Rd.
McMurray, PA 15317-3349

St Clair Hospital
PO Box 640831
Pittsburgh, PA 15264

St Clair Hospital
1000 Bower Hill Road
Attn: Billing
Pittsburgh, PA 15243

Verizon Wireless
500 Technology Drive
Suite 550
Weldon Spring, MO 63304

Date: <u>November 9, 2023</u>                                   <u>/s/ Kenneth Steidl</u>
                                                                Kenneth Steidl, Esquire
                                                                Attorney for the Debtor(s)

                                                                STEIDL & STEINBERG
                                                                Suite 2830 – Gulf Tower
                                                                707 Grant Street
                                                                Pittsburgh, PA  15219
                                                                (412) 391-8000
                                                                ken.steidl@steidl-steinberg.com
                                                                PA I.D. No.34965