IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 23-22290-GLT |
| Scott R. Geckle, and | ) Chapter 13 |
| Tricia C. Berthold, | ) |
| Debtors | ) |
| | ) |
| | ) |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:   Clerk of Courts

Please enter our appearance on behalf of Borough of Dormont in the above captioned matter. We request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for this creditor. All notices should be mailed to the following address:

**Borough of Dormont**
**GRB Law**
**Jeffrey R. Hunt, Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**

Executed on:

December 4, 2023

                                        GRB Law,

By:   /s/Jeffrey R. Hunt
      Jeffrey R. Hunt, Esquire
      Pa I.D. No. 90342
      525 William Penn Place
      Suite 3110
      Pittsburgh, PA 15219
      412-281-0587
      jhunt@grblaw.com
      Attorney for Movant

2220891.4

DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for Borough of Dormont, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

(X)    That there are no other requests to receive notices on behalf of this creditor, or

(  )    that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 4, 2023.

                                GRB Law,

By:       /s/Jeffrey R. Hunt
             Jeffrey R. Hunt, Esquire
             Pa I.D. No. 90342
             525 William Penn Place
             Suite 3110
             Pittsburgh, PA 15219
             412-281-0587
             jhunt@grblaw.com
             Attorney for Movant