**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Scott R. Geckle | ) | Case No. 23-22290 GLT |
| Tricia C. Berthold, | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Document No. |
| | ) | |
| | ) | |
| Scott R. Geckle | ) | |
| Tricia C. Berthold, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Date: <u>March 1, 2024</u>        /s/ Kenneth Steidl
                                                         Kenneth Steidl, Esquire
                                                         Attorney for the Debtor(s)

                                                         STEIDL & STEINBERG
                                                         Suite 2830 – Gulf Tower
                                                         707 Grant Street
                                                         Pittsburgh, PA  15219
                                                         (412) 391-8000
                                                         ken.steidl@steidl-steinberg.com
                                                         PA I.D. No.34965