IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Scott R. Geckle | ) | Case No. 23-22290 GLT |
| Tricia C. Berthold, | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Related Document No. 15, 50, 52 |

### CERTIFICATE OF SERVICE OF AMENDED SCHEDULE, SCHEDULING ORDER AND NOTICE OF MEETING OF CREDITORS

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) March 5, 2024

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee


                                                           Respectfully submitted,

March 5, 2024                                                /s/ Kenneth Steidl
DATE                                                       Kenneth Steidl, Esquire
                                                                  Attorney for the Debtor(s)
                                                                  STEIDL & STEINBERG
                                                                  Suite 2830 – Gulf Tower
                                                                  707 Grant Street
                                                                  Pittsburgh, PA  15219
                                                                  (412) 391-8000
                                                                  ken.steidl@steidl-steinberg.com
                                                                  PA I.D. No. 34965