**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

SCOTT R. GECKLE

TRICIA C. BERTHOLD

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 25

**Case Number:** 23-22290

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

[ ] Notice only      [√] Payment only      [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

Payment Processing Center

P.O. Box 78367

Phoenix, AZ 85062

TO:

Payment Processing Center

P.O. Box 660618

Dallas, TX 75266-0618

Date: 06/28/2024

/s/ Piyush Mandia

Creditor's Authorized Agent for Ally Bank Lease Trust

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

In RE:

SCOTT R. GECKLE
TRICIA C. BERTHOLD

**Debtor(s)**

Chapter: 13

Case Number: 23-22290

## Certificate of Service

I certify that on 06/28/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
KENNETH STEIDL
JULIE.STEIDL@STEIDL-STEINBERG.COM

Trustee
RONDA J. WINNECOUR

United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE

/s/ Piyush Mandia
Piyush Mandia
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com