**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/18/2024

IN RE:

SCOTT R. GECKLE
TRICIA C. BERTHOLD
934 ALBERN AVENUE
PITTSBURGH, PA 15216
XXX-XX-8121           Debtor(s)

XXX-XX-1674

Case No. 23-22290 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/18/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ALLY BNAK LEASE~VAULT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NATIONS LNDNG CORP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **DOLLAR BANK FSB(*)**<br>ATTN CONSUMER DEFAULT MANAGEMENT<br>PO BOX 3969<br><br>PITTSBURGH, PA  15230 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  AVD/DOE*JDGMNT/SCH*DKT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2023 |
| **DORMONT BOROUGH (SWG)**<br>C/O JORDAN TAX SVC - DLNQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:5   INT %:  10.00%<br>Court Claim Number:8<br><br>CLAIM:  814.85<br>COMMENT:  CL8GOV*98-S-129*TTL/PL=$710.64@10%/PL*THRU 10/27/23*WNTS 10%*MUN LIEN/ | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  S129 |
| **NATIONS LENDING CORP**<br>C/O LOANCARE LLC<br>PO BOX 8068<br><br>VIRGINIA BEACH, VA  23450 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:23<br><br>CLAIM:  0.00<br>COMMENT:  CL23GOV*PMT/DECL*DKT4PMT-LMT*2196.94@LNCR/PL*BGN 11/23 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1259 |
| **COMMONWEALTH OF PENNSYLVANIA**<br>OFFICE OF ATTORNEY GENERAL<br>STRAWBERRY SQ 15TH FL<br><br>HARRISBURG, PA  17120 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PD OUT/PL*FINES/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  684.89<br>COMMENT:  X0043/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2000 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  4,293.65<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4756 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:16-2<br><br>CLAIM:  1,908.67<br>COMMENT:  CAPITAL ONE*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2997 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** C/O JPMORGAN CHASE BANK NA PO BOX 15368 WILMINGTON, DE 19850 | Trustee Claim Number: 11  INT %: 0.00% Court Claim Number: 12 CLAIM: 3,601.30 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7920 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** C/O JPMORGAN CHASE BANK NA PO BOX 15368 WILMINGTON, DE 19850 | Trustee Claim Number: 12  INT %: 0.00% Court Claim Number: 11 CLAIM: 1,985.41 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5045 |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 13  INT %: 0.00% Court Claim Number: 7 CLAIM: 8,002.11 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4957 |
| **CITIBANK**** POB 6241 SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 14  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8028 |
| **DEAN GECKLE** 1730 MORSEN DR PITTSBURGH, PA 15243 | Trustee Claim Number: 15  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **US DEPARTMENT OF EDUCATION** C/O NELNET PO BOX 2837 PORTLAND, OR 97208 | Trustee Claim Number: 16  INT %: 0.00% Court Claim Number: 6 CLAIM: 0.00 COMMENT: NO PMT/PL*CL=39497.11*X6075/SCH | CRED DESC: UNSECURED (S) ACCOUNT NO.: 1674 |
| **US DEPARTMENT OF EDUCATION** C/O NELNET PO BOX 2837 PORTLAND, OR 97208 | Trustee Claim Number: 17  INT %: 0.00% Court Claim Number: 5 CLAIM: 0.00 COMMENT: NO PMT/PL*CL=37955.74*X6523/SCH | CRED DESC: UNSECURED (S) ACCOUNT NO.: 8121 |
| **DISCOVER BANK(*)** C/O DISCOVER PRODUCTS INC PO BOX 3025 NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 18  INT %: 0.00% Court Claim Number: 1 CLAIM: 9,148.64 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2688 |
| **DISCOVER BANK(*)** C/O DISCOVER PRODUCTS INC PO BOX 3025 NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 19  INT %: 0.00% Court Claim Number: 2 CLAIM: 4,948.84 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3621 |
| **MIDLAND CREDIT MANAGEMENT INC** PO BOX 2037 WARREN, MI 48090 | Trustee Claim Number: 20  INT %: 0.00% Court Claim Number: 17 CLAIM: 714.22 COMMENT: TBOM/HETZBERG | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4830 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number:21 INT %: 0.00% <br> Court Claim Number:21 <br> CLAIM: 3,031.00 <br> COMMENT: REF 3715824901*UPSTART | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8962 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:22 INT %: 0.00% <br> Court Claim Number:19 <br> CLAIM: 1,480.80 <br> COMMENT: CREDIT ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6623 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:23 INT %: 0.00% <br> Court Claim Number:13 <br> CLAIM: 1,580.39 <br> COMMENT: CREDIT ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0373 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:24 INT %: 0.00% <br> Court Claim Number:14 <br> CLAIM: 0.00 <br> COMMENT: DISALLOWED/DOE*341.97/CL*FIRST PREMIER*STALE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5596 |
| **MIDLAND CREDIT MANAGEMENT** <br> 350 CAMINO DE LA REINA STE 100 <br> SAN DIEGO, CA 92108-3007 | Trustee Claim Number:25 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO$~DSPTD~STALE CLAIM/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **REVCO SOLUTIONS, INC** <br> 3850 PRIORITY WAY SOUTH DR. <br> SUITE 114 <br> INDIANAPOLIS, IN 46240-3850 | Trustee Claim Number:26 INT %: 0.00% <br> Court Claim Number:15 <br> CLAIM: 5,459.68 <br> COMMENT: X0046/SCH*ST CLAIR HOSP | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9336 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A** <br> PO BOX 4457 <br> HOUSTON, TX 77210-4457 | Trustee Claim Number:27 INT %: 0.00% <br> Court Claim Number:24 <br> CLAIM: 1,333.29 <br> COMMENT: LOWES | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4614 |
| **UPSTART NETWORK** <br> PO BOX 1931 <br> BURLINGAME, CA 94011 | Trustee Claim Number:28 INT %: 0.00% <br> Court Claim Number:3 <br> CLAIM: 9,921.53 <br> COMMENT: CUSTOMERS BANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6144 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** <br> PO BOX 4457 <br> HOUSTON, TX 77210-4457 | Trustee Claim Number:29 INT %: 0.00% <br> Court Claim Number:20 <br> CLAIM: 547.17 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0001 |
| **ALLY BANK LEASE TRUST(*) - ASSIGNOR TO VE** <br> PAYMENT PROCESSING CENTER* <br> PO BOX 660618 <br> DALLAS, TX 75266-0618 | Trustee Claim Number:30 INT %: 0.00% <br> Court Claim Number:25 <br> CLAIM: 3,752.28 <br> COMMENT: $=CL@$469.01/MO*PL=3834TTL@426/MO*$0 ARRS/PL-CL*NO$/SCH G*ALLY FNNCL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 4995 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **GRB LAW**\*\*<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE |
| **DORMONT BOROUGH (SWG)**<br>C/O JORDAN TAX SVC - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:8 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S129 | CLAIM: 104.64<br>COMMENT: 98-S-129*CL8GOV*TTL/PL=$710.64@10%/PL*THRU 10/27/23*NON-INT*MUN LIEN/SC |
| **DORMONT BOROUGH (TRASH)**<br>C/O JORDAN TAX SVC - DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:9 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S129 | CLAIM: 234.00<br>COMMENT: 98-S-129*CL9GOV*NT PROV/PL*NT/SCH*WNTS 10%*THRU 10/27/23*W/34 |
| **DORMONT BOROUGH (TRASH)**<br>C/O JORDAN TAX SVC - DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:9 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S129 | CLAIM: 39.00<br>COMMENT: 98-S-129*CL9GOV*NT PROV/PL*NT/SCH*NON-INT*THRU 10/27/23*W/33 |
| **DORMONT BOROUGH (STORMWTR)**<br>C/O JORDAN TAX SVC - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:10 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S129 | CLAIM: 72.00<br>COMMENT: 98S129*CL10GOV*NT/SCH-PL*WNTS 10%*THRU 10/27/23*W/36 |
| **DORMONT BOROUGH (STORMWTR)**<br>C/O JORDAN TAX SVC - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:10 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S129 | CLAIM: 6.60<br>COMMENT: 98S129*CL10GOV*NT/SCH-PL*NO%*THRU 10/27/23*W/35 |
| **NATIONS LENDING CORP**<br>C/O LOANCARE LLC<br>PO BOX 8068<br>VIRGINIA BEACH, VA 23450 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:23 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1259 | CLAIM: 457.23<br>COMMENT: CL23GOV*$0/PL@LOANCARE*THRU 10/23 |
| **DUQUESNE LIGHT COMPANY(\*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:22 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7480 | CLAIM: 365.79<br>COMMENT: NT/SCH |
| **INTERNAL REVENUE SERVICE**\*<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:26 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8121 | CLAIM: 6,160.00<br>COMMENT: CL26GOV/STIP*NT PROV/PL*ADDED AMD E*TAX YR 2023*SECT 1305 |
| **INTERNAL REVENUE SERVICE**\*<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:26 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8121 | CLAIM: 35.00<br>COMMENT: NO GEN UNS/AMD E*TAX YR 2023*POSTPET TAX CLM~SECTION 1305 |