FILED
3/26/25 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22290-GLT |
| | : | Chapter: | 13 |
| Scott R. Geckle | : | | |
| Tricia C. Berthold | : | | |
| | : | Date: | 3/26/2025 |
| Debtor(s). | : | Time: | 09:00 |

## PROCEEDING MEMO

*MATTER:*   #62 - Application to Employ T. Keith Gould and the Miley Legal Group PLLC as Special Counsel
   #65 - Response by Trustee

*APPEARANCES*:
   Debtor:   Christopher Frye
   Trustee:   Ronda J. Winnecour

[9:00]
*NOTES:*

Frye: The issue here is the time frame we found out about the injury. I do not believe that the debtor was being nefarious. It was a pre-petition injury that was not timely presented to us. As soon as we were informed, we filed this motion. It was my understanding that special counsel was scheduled to attend the hearing today. I am unsure of the status of the claim.

Winnecour: Without special counsel here, we do not know anything.

*OUTCOME:*
1. The *Application to Employ Special Counsel for Debtor's Personal Injury Case* [Dkt. No. 62] is **GRANTED** as of the date it was filed, February 20, 2025. For the reasons stated on the record, the Court did not find any extraordinary circumstances that justify *nunc pro tunc* relief. [D.B. to enter modified order at Dkt. No. 62]

**DATED:** 3/26/2025