IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Scott R. Geckle | ) | Case No. 23-22290-GLT |
| Tricia C. Berthold, | ) | Chapter 13 |
|    Debtor(s) | ) | Related Docket No. 67 |

## CERTIFICATE OF SERVICE OF ORDER EMPLOYING SPECIAL COUNSEL

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) March 27, 2025

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Service by NEF:

T. Keith Gould, Esquire
Miley Law Group
kgould@mileylegal.com

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

                                                Respectfully submitted,

March 27, 2025                                  /s/ Kenneth Steidl_____
DATE                                                 Kenneth Steidl Esquire
                                                        Attorney for the Debtor(s) STEIDL & STEINBERG
                                                        436 Seventh Avenue
                                                        Suite 322
                                                       Pittsburgh, PA  15219
                                                        (412) 391-8000
                                                       ken.steidl@steidl-steinberg.com PA I.D. No. 34965