IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-22290 GLT |
| | ) | Chapter 13 |
| Scott R. Geckle | ) | Docket No. |
| Tricia C. Berthold, | ) | |
|     *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Scott R. Geckle | ) | |
| Tricia C. Berthold, | ) | |
|     *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Viacord
930 Winter Street
Waltham, MA 02451

Viacord
c/o Radius Global Solutions LLC
PO Box 390908
Minneapolis, MN 55439-0908

PAWB Local Form 30 (07/13)

|  |  |
|---|---|
|  | Respectfully submitted, |
| <u>June 24, 2025</u><br>DATE | /s/ Kenneth Steidl<br>Kenneth Steidl, Esquire<br>Attorney for the Debtor(s)<br>STEIDL & STEINBERG<br>436 Seventh Avenue<br>Suite 322<br>Pittsburgh, PA  15219<br>(412) 391-8000<br>ken.steidl@steidl-steinberg.com<br>PA I.D. No.34965 |

**PAWB Local Form 30 (07/13)**