IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-22290 GLT |
| | ) | Chapter 13 |
| Scott R. Geckle | ) | Docket No. |
| Tricia C. Berthold, | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Scott R. Geckle | ) | |
| Tricia C. Berthold, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 25, 2025, a true and correct copy of the *Order of Court dated June 24, 2025 together with the Amended Schedule F and the §341 Meeting of Creditors Notice* was served by the following methods, upon the following persons and parties:

**Service by First Class Mail:**
Viacord
930 Winter Street
Waltham, MA 02451

Viacord
c/o Radius Global Solutions LLC
PO Box 390908
Minneapolis, MN 55439-0908

**Service by CM/ECF Mail:**
Ronda J. Winnecour, Trustee
Office of the US Trustee

Date: June 25, 2025

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
436 7th Ave.- Suite 322
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965