Case 23-22290-GLT   Doc 81   Filed 08/15/25   Entered 08/16/25 00:34:33   Desc Imaged
                    Certificate of Notice    Page 1 of 8

FILED
8/13/25 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Scott R. Geckle ) | Case No. 23-22290 GLT |
| & Tricia C. Berthold, ) | |
| ) | Chapter 13 |
| Debtor(s). ) | |
| _____ X | Related to Docket No. 79 |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by:   Debtors

❑   a motion to lift stay
    as to creditor   _____

❑   Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated 11/3/2023

❑ Amended Chapter 13 Plan dated _____

is modified as follows:

[04/22]-1-

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

☒ Debtor(s) Plan payments shall be changed from $3,169.00 to $3,372.00 per month effective  8/2025 ; and/or the Plan term shall be changed from ____ months to ____ months.                         .

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❑ Other: G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:

*Claim No. 26-2 filed by the Internal Revenue Service under Section 1305 governs.

*The new post-petition monthly payment payable to Nations Lending Corporation in the amount of $1,880.17 is effective September 1, 2025, per the escrow notice dated August 6, 2025.

[04/22]-2-

*Legal fees of $500.00 payable to Steidl & Steinberg, PC. have been added.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this _13th Day of August, 2025

Dated: _August 13, 2025

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:

/s/ Kenneth Steidl_____
Counsel to Debtor

Stipulated by:

/s/ James Warmbrodt_____
Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

[04/22]-4-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22290-GLT |
| Scott R. Geckle | Chapter 13 |
| Tricia C. Berthold | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 13, 2025 | Form ID: pdf900 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott R. Geckle, Tricia C. Berthold, 934 Albern Avenue, Pittsburgh, PA 15216-2322 |
| sp | + | T. Keith Gould, Miley Legal Group PLLC, 229 W. Main Street 400, Clarksburg, VA 26301-2966 |
| 15651336 | + | Bernstein -Burkley, PC, 601 Grant Street, 9th Floor, Attn: Raymond Wendolowski Jr., Esquire, Pittsburgh, PA 15219-4430 |
| 15651349 | + | Commonwealth of Pennsylvania, Office of Attorney General, 16th Floor Strawberry Square, Harrisburg, PA 17120-0001 |
| 15651350 | + | Dean Geckle, 1730 Norsen Drive, Pittsburgh, PA 15243-1550 |
| 15651357 | | Dollar Bank, F.S.B., 3 Gateway Center, Pittsburgh, PA 15222 |
| 15651358 | + | Dollar Bank, F.S.B., Attn: Bankruptcy, 401 Liberty Ave, Pittsburgh, PA 15222-1018 |
| 16549053 | + | Viacord, 930 Winter Street, Waltham, MA 02451-1513 |
| 16549054 | | Viacord, c/o Radius Global Solutions LLC, PO Box 390908, Minneapolis, MN 55439-0908 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 14 2025 00:42:12 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 14 2025 00:23:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15672790 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 14 2025 00:42:08 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15651333 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 14 2025 00:23:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15667838 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2025 00:30:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15651335 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2025 00:30:03 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15651334 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2025 00:30:16 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15663757 | + | Email/Text: ebnjts@grblaw.com | Aug 14 2025 00:23:00 | Borough of Dormont, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15651339 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2025 00:30:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15651337 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2025 00:30:29 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15654883 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2025 00:30:03 | Capital One N.A., by American InfoSource as |

| Recipient | | Notice Type | Timestamp | Address |
|---|---|---|---|---|
| | | | | agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15651341 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2025 00:30:29 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15651343 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2025 00:30:18 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15651345 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2025 00:30:08 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15651347 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2025 00:30:08 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15660761 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2025 00:30:18 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15651351 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 14 2025 00:24:00 | Dept Of Education/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15653784 | | Email/Text: mrdiscen@discover.com | Aug 14 2025 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15651353 | + | Email/Text: mrdiscen@discover.com | Aug 14 2025 00:23:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15651355 | + | Email/Text: mrdiscen@discover.com | Aug 14 2025 00:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15656237 | ^ | MEBN | Aug 14 2025 00:19:39 | Dormont Borough, c/o Jordan Tax Service Inc., 102 Rahway Rd., McMurray, PA 15317-3349 |
| 15671498 | + | Email/Text: jdryer@bernsteinlaw.com | Aug 14 2025 00:24:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15651359 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 14 2025 00:24:00 | Genesis Financial, Po Box 4499, Beaverton, OR 97076-4499 |
| 15651360 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 14 2025 00:24:00 | Genesis Financial, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 15691600 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2025 00:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15651361 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2025 00:24:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15670255 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2025 00:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15664425 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 14 2025 00:23:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15651364 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 00:30:08 | LVNV Funding LLC, c/o Resurgent Capital, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 15665205 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 00:30:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15651362 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 14 2025 00:24:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15651363 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 14 2025 00:24:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15651367 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2025 00:24:00 | Midland Credit Management***, 350 Camino De Laeina, Suite 100, San Diego, CA 92108-3007 |
| 15667596 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2025 00:24:00 | Midland Credit Management, Inc, P.O. Box 2037, Warren, MI 48090-2037 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: pdf900 | Total Noticed: 59 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15667274 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2025 00:30:18 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15684232 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2025 00:30:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15651369 | + | Email/Text: bkrgeneric@penfed.org | Aug 14 2025 00:23:00 | Pentagon FCU, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313-1432 |
| 15651368 | + | Email/Text: bkrgeneric@penfed.org | Aug 14 2025 00:23:00 | Pentagon FCU, 1001 N. Fairfax, Alexandria, VA 22314-1797 |
| 15651370 | + | Email/Text: bknotice@raslavrar.com | Aug 14 2025 00:23:00 | RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15665542 | + | Email/Text: shari.stephenson@revcosolutions.com | Aug 14 2025 00:24:00 | REVCO SOLUTIONS, INC., 3850 PRIORITY WAY SOUTH DR #114, INDIANAPOLIS, IN 46240-3813 |
| 15656239 | + | Email/Text: PFS.Analyst@stclair.org | Aug 14 2025 00:24:00 | St Clair Hospital, 1000 Bower Hill Road, Attn: Billing, Pittsburgh, PA 15243-1899 |
| 15656238 | + | Email/Text: PFS.Analyst@stclair.org | Aug 14 2025 00:24:00 | St Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 15672540 | | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2025 00:30:04 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15651371 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2025 00:30:15 | Synchrony Bank*, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15659374 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 14 2025 00:24:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 15654200 | ^ | MEBN | Aug 14 2025 00:19:27 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15651372 | + | Email/Text: LCI@upstart.com | Aug 14 2025 00:24:00 | Upstart/Customers Bank, Po Box 61203, Palo Alto, CA 94306-6203 |
| 15651373 | + | Email/Text: LCI@upstart.com | Aug 14 2025 00:24:00 | Upstart/Customers Bank, Attn: Bankruptcy, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 15669155 | | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2025 00:30:20 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15656240 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 14 2025 00:23:00 | Verizon Wireless*, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nations Lending Corporation |
| cr | *+ | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Borough of Dormont, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15651340 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15651338 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15651342 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15651344 | *+ | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15651346 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15651348 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15651352 | *+ | Dept Of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15651354 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15651356 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15664426 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, |

|  |  |  |
|---|---|---|
|  |  | Texas 75001-9013 |
| 15651365 | *+ | LVNV Funding LLC, c/o Resurgent Capital, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 15651366 | *+ | LVNV Funding LLC, c/o Resurgent Capital, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 15672481 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 1 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:**

**Name**　　**Email Address**

Denise Carlon
　　on behalf of Creditor Nations Lending Corporation dcarlon@kmllawgroup.com

Jeffrey Hunt
　　on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
　　on behalf of Creditor Borough of Dormont jhunt@grblaw.com

Kenneth Steidl
　　on behalf of Debtor Scott R. Geckle julie.steidl@steidl-steinberg.com
　　ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
　　on behalf of Joint Debtor Tricia C. Berthold julie.steidl@steidl-steinberg.com
　　ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
　　on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
　　btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

TOTAL: 8