IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Scott R. Geckle and | ) | Bankruptcy No. 23-22290 GLT |
| Tricia C. Berthold, | ) | Chapter 13 |
| | ) | Related to Document No(s). 83 & 84 |
| Debtors | ) | |
| | ) | Hearing Date and Time: |
| Scott R. Geckle and | ) | November 5, 2025 at 9:00 A.M. |
| Tricia C. Berthold, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ally Bank Lease Trust c/o AIS Portfolio Services, LLC, | ) | |
| | | |
| Respondent(s) | | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO CLAIM NO.25-2

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the OBJECTION TO CLAIM NO.25-2 filed on September 22, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the OBJECTION TO CLAIM NO.25-2 appears thereon. Pursuant to the Notice of Hearing, objections for OBJECTION TO CLAIM NO.25-2 were to be filed and served no later than October 22, 2025.

It is hereby respectfully requested that the Order attached to the OBJECTION TO CLAIM NO.25-2 be entered by the Court.

Respectfully submitted,

October 23, 2025            /s/Kenneth Steidl
Date:                       Kenneth Steidl, Esquire
                            Attorney for the Debtors
                            Steidl & Steinberg, P.C.
                            436 Seventh Avenue, Suite 322
                            Pittsburgh, PA  15219
                            (412) 391-8000
                            PA I. D. No.  34965
                            ken.steidl@steidl-steinberg.com